IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES           :    No. 1:03-CR-251
                        :
        v.              :    JUDGE SYLVIA H. RAMBO
                        :
CHAD SMITH              :

## M E M O R A N D U M and O R D E R

Before the court is a motion for compassionate release from confinement made by inmate Chad Smith.  The motion before this court is improper.  Such a motion pursuant to 18 U.S.C. § 3582(c)(1)(A) must be made by the Director of the Bureau of Prisons to the court.

A motion from the prisoner is to be submitted to the warden.  28 C.F.R. § 571.61(a).  The warden then reviews such request with the Regional Director, General Counsel, and others depending on the reason for the request.  § 571.62.[1]  Only after all procedures are completed at the Bureau of Prisons is the approval of the U.S. Attorney's Office sought.  § 571.62(a)(4).  After that, the Director of the Bureau of Prisons may move the court.

**IT IS THEREFORE ORDERED THAT** the present motion is denied because of procedural error.

                                    s/Sylvia H. Rambo
                                    SYLVIA H. RAMBO
                                    United States District Judge

Dated:  December 22, 2006.

---

[1] See 28 C.F.R. §§ 571.60-571.64.